## JONES v. McGARVEY et al.

### S. F. No. 1466; April 5, 1899.

#### 56 Pac. 896.

**Appeal—Service of Notice on Attorney.—Under Code of Civil Procedure, section 940, requiring notice of appeal to be served on the adverse party or his attorney, and section 1015, requiring the service of papers on the attorney, instead of the party, where he appears by attorney, notice of appeal must be served on appellee's attorney, if he have one.**

APPEAL from Superior Court, Mendocino County.

---

[1] Cited and approved in Walker v. McGinnis, 9 Idaho, 164, 72 Pac. 885. In the latter case, however, the cause being up for the second time, and the only question being the sufficiency of a modified judgment, the court proceeded notwithstanding the objection.

Action by one Jones against McGarvey and others. There was a judgment for defendants and plaintiff appeals. Dismissed.

David Jones for appellant; Chas. E. Wilson and J. A. Cooper for respondents.

PER CURIAM.—Plaintiff served his notice of appeal upon one of several codefendants, all of whom had appeared by an attorney. Construing sections 940 and 1015 of the Code of Civil Procedure together, they require service of notice of appeal to be made upon the attorney of a party who has appeared by attorney. In such case service upon the party personally is not authorized. Appeal dismissed.